UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                                                              5:09-cr-7-Oc-10GRJ

SUSAN E. WASHINGTON
_____/

**<u>ORDER</u>**

The Defendant has filed an Ex-Parte Motion Under Seal requesting that the Court determine Defendant's mental competency to plead guilty. The motion should have been filed on the docket, rather than under seal, so that the Government would have an opportunity to respond. In any event, the Defendant requests that the Court order a mental competency evaluation of the Defendant before the change of plea is conducted by the Court on June 23, 2009. The Defendant has not suggested the psychiatrist the Court should appoint and because the motion was filed ex-parte the Government has not had the benefit of providing the Court with its view as to whether to order a mental evaluation and, if so, an opportunity to suggest to the Court an appropriate professional to perform the mental competency evaluation.

Pursuant to 18 U.S.C. § 4241(b) the Court may order that a psychiatric or psychological examination of the defendant be conducted. The Court is unable to enter an order directing that a psychiatric or psychological examination of the defendant be conducted because a professional has not been identified to conduct the evaluation. In addition because the change of plea is presently scheduled for June 23, 2009 there would be insufficient time to conduct a psychiatric examination, prepare the report and hold a hearing to determine whether the Defendant is competent to proceed before that

date. For these reasons a hearing is necessary for the Court properly to address Defendant's request.

Accordingly, a hearing is scheduled before the undersigned on **Thursday, June 11, 2009 at 3:30 p.m.** at the United States Courthouse, Third Floor Courtroom no. 2, 207 N.W. Second St., Ocala, Florida.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on this 1st day of June, 2009.

_____
GARY R. JONES
United States Magistrate Judge

Copies to:
    United States (Armstrong)
    Counsel for Defendant
    Donna DeNicola, CRD