UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:09-cr-00007-WTH-GRJ

UNITED STATES OF AMERICA,

vs.

SUSAN E. WASHINGTON,
    Defendant.
_____/

### UNOPPOSED MOTION TO PERMIT DEFENSE COUNSEL TO APPEAR TELEPHONICALLY FOR HEARING SCHEDULED ON JUNE 11, 2009, TO WAIVE DEFENDANT'S PRESENCE AT SAID HEARING, AND TO CONTINUE THE CHANGE-OF-PLEA DATE

    Ms. Washington, through undersigned counsel, files this unopposed motion and in support thereof states the following:

    1. Ms. Washington is charged by superseding indictment with one count of solicitation to commit a crime of violence and one count of mail fraud.

    2. A hearing regarding Ms. Washington's competency to enter a plea of guilty in the instant case is currently scheduled to occur on June 11, 2009 at 3:30 p.m. in Ocala, Florida.

    3. A hearing at which Ms. Washington is scheduled to plead guilty in the instant case is currently scheduled to occur on June 23, 2009.

    4. On June 1, 2009, the Court entered an order pertaining to Ms. Washington's ex-parte motion filed under seal requesting that the Court determine her mental competency to plead guilty. In response to that order, undersigned counsel emailed a copy of that motion to opposing counsel, Assistant U.S. Attorney Sam Armstrong. In addition, undersigned counsel and Mr. Armstrong agreed that the Court should appoint Helen Cadiz, Ph.D., to perform the competency

evaluation of Ms. Washington. Dr. Cadiz is a licensed forensic psychologist whose business address is 4723 N.W. 53rd Avenue, Gainesville, FL 32653.

5. Ms. Washington is requesting that she not be required to be present at the hearing scheduled on June 11, 2009 in Ocala, Florida because she is represented by undersigned counsel and because she lives in Canton, Georgia which is located approximately 400 miles from Ocala, Florida.

6. Undersigned counsel is requesting that he be permitted to attend the June 11 hearing telephonically because it is anticipated that that hearing will be quite brief and because undersigned counsel will have to travel approximately 250 miles in order to attend said hearing. In addition, undersigned counsel is currently scheduled to attend a court hearing in West Palm Beach, Florida on the morning of June 11, 2009.

7. Ms. Washington is also requesting that the change-of-plea date of June 23, 2009 be continued so that there is sufficient time for Dr. Cadiz to perform her competency evaluation and prepare a written report.

8. On June 5, 2009, undersigned counsel spoke with opposing counsel, Assistant U.S. Attorney Sam Armstrong, who stated that he has no objection to the Court granting this motion.

Respectfully submitted,

/s Ronald S. Chapman
Ronald S. Chapman (Bar No. 898139)
400 Clematis Street, Suite 206
West Palm Beach, FL 33401
Tel (561) 832-4348
Fax (561) 832-4346
Email: ronchapman@bellsouth.net

Attorney for Defendant

## Certificate of Service

Undersigned counsel certifies that on June 8, 2009, this document was electronically filed with the Clerk of the Court using CM/ECF, and it was electronically transmitted to all counsel of record.

/s Ronald S. Chapman
Ronald S. Chapman